[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-10444
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 13, 2010
JOHN LEY
CLERK

D. C. Docket No. 07-00257-CR-3-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN CARLOS MARTIN-LOPEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(May 13, 2010)

Before BARKETT, WILSON and MARTIN, Circuit Judges.

PER CURIAM:

Michael H. Saul, appointed counsel for Juan Carlos Martin-Lopez, has filed

a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Martin-Lopez's conviction and sentence are **AFFIRMED**.